ACCEPTED
04-15-00342-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/28/2015 4:53:01 PM
KEITH HOTTLE
CLERK

No. 04-15-00342-CV

IN THE COURT OF APPEALS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/28/2015 4:53:01 PM
KEITH E. HOTTLE
Clerk

**VILLA DIJON CONDOMINIUM ASSOCIATION, INC. AND
IMPLICITY MANAGEMENT COMPANY**

**Appellants**

**v.**

**MARY WINTERS AND MILA CHEATOM**

**Appellees**

**APPELLANTS' FIRST UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE APPELLANTS' BRIEF**

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

Appellants, Villa Dijon Condominium Association, Inc. (hereafter "Villa Dijon") and Implicity Management Company (hereafter "Implicity"), file this motion to extend the time for Appellants to file their Appellants' brief pursuant to Rule 10.5(b) of the Texas Rules of Appellate Procedure. In support of this motion, Appellants will show this honorable court as follows:

1

The Appellants' brief in this appeal is currently due on October 31, 2015, a Saturday, thereby making the actual deadline the following Monday, November 2, 2015. By this motion, Appellants seek an extension of time of 8 days or until November 10, 2015 to file their appellant's brief. This is Appellants' first request for an extension of time to file its Appellants' brief in this cause and Appellees do not oppose this extension.

Appellants' counsel, Robert W. Loree, has a very active and busy multi-state trial docket in both Texas and Colorado. Currently, in Colorado, Mr. Loree is preparing for a November 16, 2015 trial in Case No. 14-cv-00200-CMA-KMT; *Avalon Condominium Association Inc. v. Secura Insurance, A Mutual Company;* In the United States District Court for the District of Colorado. This preparation includes many upcoming pre-trial deadlines, including responding to Defendant's motion in limine, responding to Defendant's proposed jury charge, responding to Defendant's proposed jury charge, drafting voir dire questions, and filing Plaintiff's final witness and exhibit lists, all of which are due on November 2, 2015—the date the brief in this cause is currently due. Further in the Avalon case, Appellant's counsel also has two replies in support of motions to strike due on the same day.

Mr. Loree is also retained as Plaintiff's Counsel on Civil Action No. 1:14-CV-03226-WYD; *Manchester Place HOA, Inc. v. Owners v. Owners Insurance*

*Company*; In the United States District Court of Colorado. Until earlier this month, the discovery deadline in that case was October 19, 2015. The parties had also scheduled four depositions to be taken from October 19-22, 2015. Due to emergency circumstances, in a telephonic hearing on October 13, 2015, the discovery deadline was extended until the dispositive motion deadline in that case, November 19, 2015, and the previously scheduled depositions were stayed. The four depositions must now be re-scheduled before November 19, 2015.

Mr. Loree also has another case, Cause No. 1:15-cv-00386-KLM; *Northgate Village, LLC v. Hartford Casualty Insurance Company*; In the United States District Court for the District of Colorado, in which depositions were scheduled for October 19-23, 2015, but had to be rescheduled. The discovery deadline in that case is November 20, 2015.

Finally, in the trial court in this cause, two hearings are currently set for November 3, 2015—the day after the brief is due—on Defendants' Motion to Suspend the Enforcement of Plaintiffs' Default Judgment During the Pendency of Defendants' Appeal, or Alternatively, Greatly Decrease Amount of Security from Defendants and Defendants' Agreed Motion for Extension of Time to Respond to Plaintiffs' Post-Judgment Discovery.

Due to these commitments in Colorado and his heavy work load in Texas, Mr. Loree has not had sufficient time to prepare Appellants' brief in this cause.

Appellants therefore request a short extension of time, eight (8) days until November 10, 2015 to file their brief. Again, this is Appellants' first request for an extension of time.

WHEREFORE, PREMISES CONSIDERED, Appellants request that the court grant it an extension of time to file their Appellants' brief for 8 days or until November 10, 2015 and award Appellants such other relief as may be proper.

Respectfully submitted,

*Loree & Lipscomb,*
777 E. Sonterra Blvd., Suite 320
San Antonio, Texas 78258
Telephone: (210) 404-1320
Facsimile:  (210) 404-1310

By: _____
Robert W. Loree
State Bar No. 12579200
Email: rob@lhllawfirm.com

Attorney for Appellants

4

## VERIFICATION

STATE OF TEXAS     §
                       §

COUNTY OF BEXAR   §

**BEFORE ME,** the undersigned authority, on this day personally appeared Robert W. Loree, who after being duly sworn, stated under oath that he has read the above and foregoing motion and that the facts stated therein are within his personal knowledge and are true and correct.

_____
Robert W. Loree

**SWORN AND SUBSCRIBED TO BEFORE ME** on October 28, 2015.

_____
Notary Public, State of Texas

MONICA ARELLANO
Notary Public, State of Texas
My Commission Expires
October 09, 2017

My commission expires: 10-9-17

## CERTIFICATE OF CONFERENCE

On October 28, 2015, during a telephone conversation, Appellees' counsel's office informed Appellants' counsel's associate that Appellees were not opposed to this motion for an extension of time.

_____
Robert W. Loree

5

## CERTIFICATE OF SERVICE

I hereby certified that on October 28, 2015, Appellants served a true and correct copy of this motion on counsel for Appellees, Jacob S. Leibowitz, 700 North St. Mary's Street, Suite 1750, San Antonio, Texas, by facsimile transmission to (210) 225-2567.

Robert W. Loree